David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Plaintiff/Couter-defendant The Wounded Blue and Counter-defendant Randy Sutton*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE WOUNDED BLUE, a Nevada nonprofit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER GRIFFIN HILL, an individual<br><br>Defendant. | Case No. 2:24-cv-01592-CDS-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO AMENDED COUNTERCLAIM (ECF NO. 18)**<br><br>**FIRST REQUEST** |
| JENNIFER GRIFFIN HILL, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>THE WOUNDED BLUE, a Nevada nonprofit corporation; and RANDY SUTTON, an individual,<br><br>Counter-Defendants. | |

Pursuant to LR IA 6-1, the Parties, by and through their respective undersigned attorneys of record, hereby stipulate and agree subject to the Court's approval to extend time for Plaintiff/Counterdefendant The Wounded Blue to respond to the Amended Counterclaim (ECF No. 18). The current deadline is January 20, 2025. This is the first request for extension concerning this deadline.

1

1. On January 3, 2025, Defendant/Counterclaimant Hill filed her Counterclaim against Plaintiff/Counterdefendant The Wounded Blue and Counterdefendant Sutton.

2. Counterdefendant Sutton executed a Waiver of Summons, which makes his deadline to respond March 11, 2025. (ECF No. 21.)

3. Subject to the Court's approval, the Parties have agreed that Plaintiff/Counterdefendant The Wounded Blue shall have additional time, up to and including March 11, 2025, to respond to the Amended Counterclaim, which is consistent with Sutton's response date and also gives the Parties additional time to discuss settlement. The Parties desire for their time and resources to be dedicated towards settlement in the immediate future.

4. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

| | |
|---|---|
| Dated: January 13, 2025 | Dated: January 13, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| **RICE REUTHER SULLIVAN & CARROLL, LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| */s/ Anthony J. DiRaimondo* | */s/ G. Mark Albright* |
| David A. Carroll, Esq. (NSB #7643) <br> Anthony J. DiRaimondo, Esq. (NSB #10875) <br> Robert E. Opdyke, Esq. (NSB #12841) <br> 3800 Howard Hughes Parkway, Suite 1200 <br> Las Vegas, Nevada 89169 | G. Mark Albright, Esq. (NSB #001394) <br> Daniel R. Ormsby, Esq. (NSB #014595) <br> Kyle W. Fenton, Esq. (NSB #016235) <br> 801 South Rancho Drive, Suite D-4 <br> Las Vegas, Nevada 89106 |
| *Attorneys for The Wounded Blue and Randy Sutton* | *Attorneys for Jennifer Griffin Hill* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE
Dated: 1-15-25

The stipulation is denied without prejudice. The stipulation appears to seek to extend deadline to respond to the Counterclaim, which the parties state is currently March 11, 2025 (see page 2 at No. 2). The new, extension date proposed by the parties is also March 11, 2025. The parties may submit an amended stipulation correcting the dates.

2