David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Plaintiff/Couter-defendant The Wounded Blue and*
*Counter-defendant Randy Sutton*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE WOUNDED BLUE, a Nevada nonprofit corporation; | Case No. 2:24-cv-01592-CDS-MDC |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO AMENDED COUNTERCLAIM (ECF NO. 18)** |
| JENNIFER GRIFFIN HILL, an individual | |
| Defendant. | **FIRST REQUEST**[1] |
| JENNIFER GRIFFIN HILL, an individual, | |
| Counterclaimant, | |
| vs. | |
| THE WOUNDED BLUE, a Nevada nonprofit corporation; and RANDY SUTTON, an individual, | |
| Counter-Defendants. | |

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

---

[1] This Stipulation has been amended to provide further clarification in response to the Court's Order denying without prejudice the prior Stipulation.   (ECF No. 23).

1

Pursuant to LR IA 6-1, the Parties, by and through their respective undersigned attorneys of record, hereby stipulate and agree subject to the Court's approval to extend time for Plaintiff/Counterdefendant The Wounded Blue to respond to the Amended Counterclaim (ECF No. 18). The current deadline is January 20, 2025. This is the first request for extension concerning this deadline.

1. On January 3, 2025, Defendant/Counterclaimant Hill filed her Counterclaim against Plaintiff/Counterdefendant The Wounded Blue and Counterdefendant Sutton.

2. Counterdefendant Sutton executed a Waiver of Summons, which makes his deadline to respond March 11, 2025. (ECF No. 21.) Plaintiff/Counterdefendant The Wounded Blue's current deadline to respond is January 20, 2025

3. Subject to the Court's approval, the Parties have agreed that Plaintiff/Counterdefendant The Wounded Blue shall have additional time, up to and including March 11, 2025, to respond to the Amended Counterclaim, which is consistent with Sutton's current response date and also gives the Parties additional time to discuss settlement. The Parties desire for their time and resources to be dedicated towards settlement in the immediate future. It is also in the interest of judicial economy for both counterdefendants to have the same response date of March 11, 2025.

4. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

///

///

///

///

2

1    Dated: January 17, 2025                    Dated: January 17, 2025

2    Respectfully submitted,                     Respectfully submitted,

3    **RICE REUTHER SULLIVAN &**              **ALBRIGHT, STODDARD, WARNICK &**
     **CARROLL, LLP**                          **ALBRIGHT**

4

5    */s/ Anthony J. DiRaimondo*                  */s/ G. Mark Albright*

6    David A. Carroll, Esq. (NSB #7643)          G. Mark Albright, Esq. (NSB #001394)
     Anthony J. DiRaimondo, Esq. (NSB #10875)    Daniel R. Ormsby, Esq. (NSB #014595)

7    Robert E. Opdyke, Esq. (NSB #12841)         Kyle W. Fenton, Esq. (NSB #016235)
     3800 Howard Hughes Parkway, Suite 1200      801 South Rancho Drive, Suite D-4

8    Las Vegas, Nevada 89169                     Las Vegas, Nevada 89106

9    *Attorneys for The Wounded Blue and Randy*   *Attorneys for Jennifer Griffin Hill*
     *Sutton*

10                              **ORDER**

11                          **IT IS SO ORDERED.**

12

13   _____

14   **UNITED STATES DISTRICT JUDGE/**
     **UNITED STATES MAGISTRATE JUDGE**

15   **Dated:  1-21-25**

16

17

18

19

20

21

22

23

24

25

26

27

28

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099