David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Plaintiff/Counter-defendant The Wounded Blue and Counter-defendant Randy Sutton*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE WOUNDED BLUE, a Nevada nonprofit corporation; <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER GRIFFIN HILL, an individual <br><br> Defendant. | Case No. 2:24-cv-01592-CDS-MDC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COUNTERCLAIM (ECF NO. 18)** <br><br> **(THIRD REQUEST)** |
| JENNIFER GRIFFIN HILL, an individual, <br><br> Counterclaimant, <br><br> vs. <br><br> THE WOUNDED BLUE, a Nevada nonprofit corporation; and RANDY SUTTON, an individual, <br><br> Counter-Defendants. | |

Pursuant to LR IA 6-1, the Parties, by and through their respective undersigned attorneys of record, hereby stipulate and agree subject to the Court's approval to extend time for Counterdefendants to respond to the Amended Counterclaim (ECF No. 18). The current deadline is March 25, 2025 (ECF No. 33). This is the third request for extension concerning this deadline.

Counterdefendants request additional time from March 25, 2025 to April 8, 2025 to respond to the Amended Counterclaim. This is a short extension of time and based on new counsel's

1

forthcoming appearance in the case to defend Counterdefendants against the Amended Counterclaim. New counsel require additional time to get up to speed and draft the appropriate response to the Amended Counterclaim.

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

| | |
|---|---|
| Dated: March 25th, 2025 | Dated: March 25th, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| **RICE REUTHER SULLIVAN & CARROLL, LLP** | **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** |
| */s/ Anthony J. DiRaimondo* | */s/ G. Mark Albright* |
| David A. Carroll, Esq. (NSB #7643) | G. Mark Albright, Esq. (NSB #001394) |
| Anthony J. DiRaimondo, Esq. (NSB #10875) | Daniel R. Ormsby, Esq. (NSB #014595) |
| Robert E. Opdyke, Esq. (NSB #12841) | Kyle W. Fenton, Esq. (NSB #016235) |
| 3800 Howard Hughes Parkway, Suite 1200 | 801 South Rancho Drive, Suite D-4 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89106 |
| *Attorneys for The Wounded Blue and Randy Sutton* | *Attorneys for Jennifer Griffin Hill* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE
Dated: 3-28-25**

2