# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| The Wounded Blue, | Case No. 2:24-cv-01592-CDS-MDC |
| Plaintiff | **Order Regarding Local Rule IC 2-1** |
| v. | |
| Jennifer Griffin Hill, et al., | |
| Defendants | |

On March 12, 2025, the Clerk of Court advised attorney Kyle W. Fenton that he is in violation of Local Rules IC 2-1(a) and 2-1(d), which require counsel to register with the court's electronic filing system. Notice, ECF No. 36. Now, more than two weeks later, Mr. Fenton has not complied. Counsel is therefore ordered to (1) visit the PACER website at www.pacer.gov to complete the registration, or (2) move to withdraw from this matter, by April 9, 2025.

Dated: April 2, 2025

_____
Cristina D. Silva
United States District Judge