JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for*
*Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE WOUNDED BLUE, a Nevada nonprofit corporation<br>Plaintiff,<br><br>v.<br><br>JENNIFER GRIFFIN HILL, an individual,<br>Defendant. | Case No.: 2:24-cv-01592-CDS-MDC<br><br>**COUNTER-DEFENDANTS THE WOUNDED BLUE AND RANDY SUTTON'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY JUSTIN A. SHIROFF FROM CASE** |
| JENNIFER GRIFFIN HILL, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>THE WOUNDED BLUE, a Nevada nonprofit corporation; RANDY SUTTON, an individual<br><br>Counter-Defendants. | |

Counter-Defendants The Wounded Blue ("TWB") and Randy Sutton ("Sutton," together with TWB, "Counter-Defendants"), by and through their counsel, Jackson Lewis P.C., hereby requests leave of Court to remove attorney Justin A. Shiroff as counsel of record from the above captioned case and the Court's docket. Mr. Shiroff is no longer with Jackson Lewis P.C. and his

withdrawal will not cause any delay in the action. Joshua Sliker will remain as counsel of record for said Counter-Defendants.

Dated this 28th day of September, 2026.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
Joshua A. Sliker Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101

*Attorneys for Counter-Defendants The Wounded Blue and Randy Sutton*

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 10-15-26

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee Jackson Lewis P.C. and that on this 28th day of September, 2026, I caused to be served via the electronic filing and service system a true copy of the foregoing **COUNTER-DEFENDANTS THE WOUNDED BLUE AND RANDY SUTTON'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY JUSTIN A. SHIROFF FROM CASE** to:

G. Mark Albright, Esq.
Daniel R. Ormsby, Esq.
Kyle W. Fenton, Esq.
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
*Attorneys for Defendant/Counterclaimant Jennifer Griffin Hill*

Anthony J. DiRaimondo, Esq.
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff The Wounded Blue*

*/s/ Kelley Chandler*
Employee of Jackson Lewis P.C.

4911-3277-9475, v. 1